UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARTURO VALDIVIA,<br><br>　　　　Defendant. | CASE NO.:　19-CR-4713-AJB<br><br>ORDER TO CONTINUE<br>MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that Mr. Valdivia's motion hearing/trial setting currently scheduled for March 16, 2020, be continued to April 27, 2020, at 2:00 p.m. It is further ordered that time be excluded under the Speedy Trial Act. See 18 U.S.C. § 3161(h).

**IT IS SO ORDERED.**

Dated: March 4, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　United States District Judge